**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00353-CV

**WAYNE LENSING AND LEFTHANDER MARKETING, INC., Appellants**

**V.**

**DAVID CARD AND CLEO LOWE, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06631**

## ORDER

The Court has before it appellees' June 28, 2013 agreed motion to extend time to file their brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by July 8, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE